### 16907.   CASH *v.* THE STATE.

BLOODWORTH, J. This case is controlled by the decision in *Coggeshall v. State,* 33 *Ga. App.* 613 (126 S. E. 568), and cases there cited. The court did not err in overruling the motion for a change of venue.

> *Judgment affirmed. Broyles, C. J., concurs, Luke, J., absent.*
> DECIDED NOVEMBER 13, 1925.

Motion to change venue; from Wilkinson superior court—Judge Park. October 10, 1925.

*Eli B. Hubbard,* for plaintiff in error.
*Joseph B. Duke, solicitor-general,* contra.